IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

HENG SWEE LIM,

    Plaintiff,

v.

THE PARTNERSHIPS AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE "A",

    Defendants.

Case No.: 1:24-cv-00237

Judge Sara L. Ellis

Magistrate Judge Heather K. McShain

## NOTICE OF DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal, without prejudice, as to the following Defendant(s) identified on Schedule A of the Complaint:

| NO. | DEFENDANT |
|---|---|
| 84 | JSGEK |
| 110 | RRFC |
| 54 | lxooo |
| 57 | ETJOY |
| 104 | Hi Case |
| 83 | Juebong |
| 85 | Womens Clothes Prime Day Deals |
| 4 | USA-Hang ZhongYi |
| 7 | maoanlius |
| 13 | USA-xinhui |
| 80 | YCYG-USAT |
| 55 | NIOKIT |
| 100 | TT Women |
| 98 | Miss Jewelry |
| 27 | BRQKZDU Prime Day 2023 Special Deals |
| 109 | Long Long Journey |
| 79 | SuperShunhu |
| 9 | LLYANZ |
| 47 | CAOYF |

| | |
|---|---|
| 69 | HorseJF |
| 72 | Zaafeen |
| 73 | ADCCATUS |
| 20 | discountstore145--🎉🎉🎉😎 |
| 21 | WskLinft |
| 29 | Mggsndi ☆☆☆ Welcome to black Friday |

DATED:  March 13, 2024          Respectfully submitted,

                                                        */s/ Keith A. Vogt*
                                                        Keith A. Vogt (Bar No. 6207971)
                                                        Keith Vogt, Ltd.
                                                        33 W. Jackson Blvd., #2W
                                                        Chicago, Illinois 60604
                                                        Telephone:312-971-6752
                                                        E-mail: keith@vogtip.com

                                                        ***ATTORNEY FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on March 13, 2024 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt